# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

BRANDE MAZZEO, on behalf of
herself and others similarly situated,

    Plaintiff,

v.

TENET HEALTHCARE
CORPORATION, a foreign for-profit
corporation, and
DETROIT MEDICAL CENTER,
Jointly and Severally,

    Defendants.

Case No. 2:21-cv-12360

Hon. Robert H. Cleland

Magistrate Judge David R. Grand

## STIPULATED ORDER OF DISMISSAL
## AND AGREEMENT TO ARBITRATE

Upon the stipulation of the parties, the parties agree the claims in the present lawsuit should be submitted to final and binding arbitration, and that the present action should be dismissed.

**IT IS HEREBY ORDERED** that Plaintiff's Amended Complaint is dismissed with prejudice and without costs or fees to any party.

**IT IS FURTHER ORDERED** that Plaintiff's claims shall proceed to arbitration on an individual basis only.

**IT IS FURTHER ORDERED** that the Court retains jurisdiction to enforce the order to arbitrate and to enforce or set aside any final arbitration award.

**IT IS SO ORDERED.**

Dated: January 4, 2022

s/Robert H. Cleland
ROBERT H. CLELAND
U.S. District Court Judge

**APPROVED AS TO FORM AND SUBSTANCE**

| | |
|---|---|
| /s/ Leonard Mungo (w/consent) | /s/ Daniel G. Cohen |
| LEONARD MUNGO (P43562) | DANIEL G. COHEN (P41735) |
| MUNGO & MUNGO AT LAW, PLLC | MAMI KATO (P74237) |
| *Attorneys for Plaintiff* | OGLETREE, DEAKINS, NASH, |
| 31700 Telegraph Road, Suite 250 | SMOAK & STEWART, PLLC |
| Bingham Farms, MI  48035 | *Attorneys for Defendants* |
| T: (248) 792-7557 | 34977 Woodward Avenue, Suite 300 |
| F: (248) 792-7303 | Birmingham, MI  48009 |
| caseaction@mungoatlaw.com | T: (248) 593-6400 |
| | F: (248) 283-2925 |
| | daniel.cohen@ogletree.com |
| | mami.kato@ogletree.com |

49656311.1